IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 19-mc-107

IN RE:

$20,700.00 U.S. CURRENCY TAKEN FROM 2972 EAGLE WAY, BOULDER, COLORADO

---

**UNITED STATES MOTION FOR EXTENSION
OF TIME TO FILE COMPLAINT FOR FORFEITURE**

---

The United States moves the Court to extend the time in which the United States is required to file a civil forfeiture complaint or criminal forfeiture action, pursuant to 18 U.S.C. § 983(a)(3)(A) for good cause and with agreement of the parties from November 8, 2019 to December 8, 2019.  The property subject to potential forfeiture is $20,700.00 in U.S. currency taken from 2972 Eagle Way, Boulder, Colorado seized from Henry Berman on May 15, 2019.

In support of this Motion the United States represents to the Court as follows:

1.   The subject property was seized as proceeds of illegal drug distribution.

2.   The Drug Enforcement Administration (DEA) initiated administrative forfeiture proceedings against the seized property, and an administrative claim was filed on August 13, 2019, by Jacek W. Lentz counsel for Henry Berman for the subject property.

3.   The United States and Jacek W. Lentz, counsel for Henry Berman are working on reaching a settlement.

4.   Under 18 U.S.C. § 983(a)(3)(A), unless the time is extended by the Court for good cause, or upon agreement of the parties, the United States is required to file a

civil complaint for forfeiture against the subject property or obtain an indictment alleging that the property is subject to forfeiture no later than November 8, 2019. If the United States fails to do so, it is required to release the property and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offense.

WHEREFORE, the United States respectfully moves this Court forthwith to extend the period within which the United States is required to file a forfeiture action against the subject assets until December 8, 2019.

DATED this 6th day of November 2018.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/*Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
303-454-0100
Email: tonya.andrews@usdoj.gov
*Attorney for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of November 2019, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, and I hereby certify that I have mailed the same to the following:

                                          s/ *Jasmine Zachariah*
                                          FSA Data Analyst
                                          Office of the U.S. Attorney